**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-51564-JRS |
| | ) | |
| AMINATA ANNETTE FAVORS, | ) | CHAPTER: 13 |
| Debtor | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, Albert F. Nasuti, of the firm of Thompson, O'Brien, Kemp & Nasuti, P.C., and files this Entry of Appearance as attorney for 1st CHOICE CREDIT UNION, a creditor and party in interest in the above-styled case, and hereby requests receipt of all notices and orders entered in this case.

Respectfully submitted this 31st day of January, 2019.

>  */s/ Albert F. Nasuti*
> **ALBERT F. NASUTI**
> Georgia State Bar No. 535209

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
(770) 925-0111
anasuti@tokn.com
Attorneys for 1st Choice Credit Union